THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LARRY M. ROSE,

  Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

  Defendant.

3:20-CV-1569
(JUDGE MARIANI)

FILED
SCRANTON

JAN 2 8 2022

Per_____
  DEPUTY CLERK

## ORDER

AND NOW, THIS 27th DAY OF JANUARY, 2022, upon review of Magistrate Judge Joseph Saporito's Report & Recommendation ("R&R") (Doc. 22) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 22) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge